19 F.3d 643
 146 L.R.R.M. (BNA) 2128, 1 Wage & Hour Cas. 2d
(BNA) 1632
 Lawrence (Joseph), on behalf of all those similarly situated
v.
Regal (Robert J.), President, Molnar (Siegfried), Officer of
RBS Industries, Inc., Henry (Roy B.), Officer of RBS
Industries, Inc.; Dzambo (Thomas), on behalf of all those
similarly situated v. Regal (Robert J.), President, Molnar
(Siegfried), Officer of RBS Industries, Inc., Henry (Roy
B.), Officer of RBS Industries, Inc.
 NO. 93-3128
 United States Court of Appeals,
Third Circuit.
 Feb 15, 1994
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 AFFIRMED.